

# Fourth Court of Appeals
## San Antonio, Texas

March 4, 2020

No. 04-18-00917-CV

Ziaunnisa K. **LODHI,**
Appellant

v.

Shah A. **HAQUE,**
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI04290
Honorable Rosie Alvarado, Judge Presiding

## O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice
             Beth Watkins, Justice
             Liza A. Rodriguez, Justice

The panel has considered the appellant's motion for en banc reconsideration, and the motion is hereby DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court